Michael A. WILLIAMS,
Plaintiff–Appellant,

v.

Jerry HANEY; William S. Haines,
Warden, Defendants–
Appellees.

No. 02–6453.

United States Court of Appeals,
Fourth Circuit.

Submitted June 17, 2002.

Decided July 8, 2002.

Michael A. Williams, Appellant Pro Se.

Before MOTZ, TRAXLER, and KING,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Michael A. Williams appeals the district
court's order denying relief without preju-
dice on his 42 U.S.C.A. § 1983 (West Supp.
2001) complaint. We have reviewed the
record and the district court's opinion ac-
cepting the magistrate judge's recommen-

dation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Williams v. Haney*, No. CA–01–74–2 (N.D.W.Va. Feb. 25, 2002). We deny Williams' motions requesting Rule 44 inquiries and to stay this case. Finally, we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*